*Messrs. John W. Davis* and *William Osgood Morgan* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Norman D. Keller* for respondent.

No. 606. HARDEN ET AL. *v:* BENGUETT CONSOLIDATED MINING Co. ET AL. February 5, 1934. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Louis Titus* and *A. D. Gibbs* for petitioners. *Messrs. James Ross, Clyde Alton DeWitt,* and *Eugene Arthur Perkins* for respondents.

No. 616. CRAWFORD COUNTY TRUST & SAVINGS BANK, TRUSTEE, *v.* CRAWFORD COUNTY, IOWA, ET AL.;

No. 617. FARMERS STATE BANK OF DOW CITY, IOWA, ET AL. *v.* SAME; and

No. 618. CRAWFORD COUNTY TRUST & SAVINGS BANK OF DENNISON, IOWA, *v.* SAME. February 5, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Addison G. Kistle, George S. Wright,* and *L. W. Powers* for petitioners. *Mr. L. H. Salinger* for respondents.

No. 625. WILTSIE *v.* UNITED STATES. February 5, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Thomas H. Remington* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 668. SHUBIN ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Theodore B. Benson* for peti-

tioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, Francis H. Horan,* and *H. Brian Holland* for respondent.

No. 678. LOUISVILLE TRUST CO. *v.* NATIONAL BANK OF KENTUCKY ET AL. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert G. Gordon* for petitioner. *Messrs. Frank E. Wood, Robert S. Marx, Edward P. Humphrey,* and *Harry Kasfir* for respondents.

No. 691. BANK OF THE UNITED STATES ET AL. *v.* CUTHBERTSON, TRUSTEE IN BANKRUPTCY. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Carl J. Austrian* for petitioners. *Mr. Wm. H. Robbitt* for respondent.

No. 695. PECOT *v.* NEW YORK. February 5, 1934. Petition for writ of certiorari to the Court of Special Sessions of the City of New York, State of New York, denied. *Mr. Phelan Beale* for petitioner. *Messrs. Henry Epstein* and *Harry Greenwald* for respondent.

No. 673. SNYDER *v.* NATIONAL UNION INDEMNITY CO. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Lindsay R. Rogers* for petitioner. *Mr. H. A. Rich* for respondent.

No. 683. NORWICH UNION FIRE INSURANCE SOCIETY, LTD., ET AL. *v.* COHN. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the